United States District Court
District of Massachussettes

Dante Maribella
Plaintiff

v.

Steven Thompkins et al
Defendants

FILED
IN CLERKS OFFICE
2020 AUG 13  AM 11: 03
U.S. DISTRICT COURT
DISTRICT OF MASS.

## Motion for Preliminary Injunction

Plaintiff Dante Mirabella moves this court for a preliminary injunction requiring House of Correction officials to provide him with access to the M.A.T. Maintenence Assisted Treatment Suboxon due to his opioid dependence



① 

# Affidavit of Dante Mirabella

I Dante Mirabella am a resident of the North end of Boston, Massachussettes I have been trying to beat my addiction to opiates for over 15 years. After numerous detoxes, I started taking Suboxon which seemed to do the trick for me

When I came to Suffolk County Jail and House of Correction I did not realize how readily available drugs were including opiates my weekness. I've overdosed in the past so it makes me nervous I might overdose and die however due to my addiction I can not stop taking opiates. I requested through the Sherriffs Department and Dr Chaudhary to be placed on the M.A.T. program being denied. I feel as though my life is in danger as

(2)

Long as I'm not on the M.A.T. program. Please force them to put me on the M.A.T. program.

Dante Mirabella