UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DANTE MIRABELLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 20-11520-IT |
| v. | ) | |
| | ) | |
| SHERIFF STEVEN TOMPKINS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER FOR APPOINTMENT OF PRO BONO COUNSEL

August 26, 2020

There being sufficient cause to exercise the discretionary power of the Court to appoint *pro bono* counsel, it is ORDERED that Pavel Y. Bespalko, Esq.* is appointed under the provisions of the United States District Court Plan for the Appointment of Counsel For Indigent Parties in Certain Civil Cases to represent plaintiff Dante Mirabella.  Counsel is not being appointed to represent Mr. Mirabella generally or in any other proceeding.  Appointed counsel or his designated associate(s) shall serve until the Court enters an order revoking said appointment.

Appointed counsel shall promptly file a notice of appearance.

**SO ORDERED.**

                                                  INDIRA TALWANI
                                                  UNITED STATES DISTRICT JUDGE

                                                  By:  /s/ Jeanette McGlamery
                                                        Pro Bono Coordinator

*Contact Information:
Pavel Y. Bespalko, Esq.
92 State Street, Ste. 900
Boston, MA  02109
617.208.4300
pavel@bespalko.com