UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANTE MIRABELLA,<br>      Plaintiff,<br><br>      v.<br><br>STEVEN TOMPKINS, et al.,<br>      Defendants. | Civil Action No.<br>20-11520-IT |

**ORDER**
September 17, 2020

**TALWANI, D.J.**

    *Pro se* Plaintiff Dante Mirabella, now in custody at the Suffolk County House of Correction, initiated this action on August 13, 2020 by filing a Complaint [#1], a Motion for Leave to Proceed *In Forma Pauperis* [#2], and a Motion for Preliminary Injunction [#3].

    By Order [#6] dated August 14, 2020, the court conditionally granted Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* and directed him to file a copy of his prison account statement.

    On September 8, 2020, Plaintiff filed a copy of his Prison Trust Fund Account Statement [#11] for the period March 4, 2020 through August 27, 2020, and a copy of his Prison Trust Fund Account Statement [#12] for the period July 09, 2020 through August 20, 2020.

    Upon review of Plaintiff's Prison Trust Fund Account Statements, the court hereby orders:

    1.    The Motion for Leave to Proceed *in Forma Pauperis* [#2] is GRANTED.

2.  Plaintiff is assessed an initial, partial filing fee of $54.40 pursuant to 28 U.S.C. § 1915(b)(1(B) with the remainder of the fee $295.60 to be assessed and collected in accordance with 28 U.S.C. § 1915(b)(2).

3.  The Clerk shall send a copy of this Order to the Treasurer's Office at the Suffolk County House of Correction.

.

**So ordered.**

                                                /s/ Indira Talwani
                                                United States District Judge