UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTTS

| | |
|---|---|
| DANTE MIRABELLA, ) | Case No.: 20-11520-IT |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| SHERIFF STEVEN TOMPKINS, as he is ) | |
| the Superintendent of the Suffolk County ) | |
| House of Correction ) | |
| ) | |
| Defendant ) | |
| ) | |

**NOTICE OF DISMISSAL**
**PER RULE 41(1)(A)(i)**

Now comes Dante Mirabella, plaintiff in the above-captioned matter and hereby dismisses this action pursuant to the relevant provisions of Rule 41(1)(A)(i), no answer or motion for summary judgment having been served by the opposing parties.

DANTE MIRABELLA,
By his attorney,

/s/ Pavel Y. Bespalko
Pavel Y. Bespalko
BBO No. 654315
92 State Street, Suite 900
Boston, MA 02109
617-818-1982
Pavel@Bespalko.com

January 5, 2020

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document, filed through the CM/ECF system on January 5, 2020, is sent via the same to all parties hereto, their known counsel, and other persons as required under the relevant provisions of the Rules of Civil Procedure on the same day.

/s/ Pavel Y. Bespalko