

**BOSTON**:
92 State Street, Suite 900
Boston, MA 02109
Tel. (617) 208-4300
Fax (617) 507-5956

**NEW YORK**:
745 Fifth Avenue, 5th Floor
New York, NY 10151
Tel. (646) 257-5900
Fax (617) 507-5956

**Email: pavel@thetricorne.com**

January 5, 2020

VIA ECF

Hon. Indira Talwani
Courtroom 9
US District Court for District of Massachusetts
Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re: **Mirabella v. Tompkins, et alii.,
C.A. No. 20-11520-IT**

Dear Judge Talwani,

    I am writing to provide a very brief status update on the above-referenced matter. While the defendant's motion to dismiss was pending and being briefed, it commenced the MAT treatment sought by the plaintiff in this action. After consulting with the client and discussing with the opposing counsel, a notice of dismissal was filed earlier today resolving the matter.

Very truly yours,

Pavel Y. Bespalko

cc.    Melissa Garand, Esq. (via ECF)
       Mr. Dante Mirabella